UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ELLIS,<br><br>    Petitioner,<br><br>    v.<br><br>JOSE GASTELO,<br><br>    Respondent. | NO. CV 18-10713-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

As the Report noted, Petitioner's arguments have been rejected. *See McCarary v. Kernan*, 2017 U.S. Dist. LEXIS 168351, *6-*7 (E.D. Cal. Oct. 11, 2017); *see also Hernandez v. Anglea*, 2018 U.S. Dist. LEXIS 202698, *4-*6 (E.D. Cal. Nov. 28, 2018).

IT THEREFORE IS ORDERED that judgment be entered denying the

Petition and dismissing this action with prejudice.

DATED: February 13, 2019

                                                  JOHN F. WALTER
                                                  United States District Judge